JOSÉ CABRERA, en representación de su menor hijo PEDRO
JUAN CABRERA, demandante y apelado, v. JUAN LUIS BOS-
CIO, demandado y apelante.

No. 4134.—Visto: Marzo 14, 1927.  Resuelto: Marzo 25, 1927.

APELACIÓN Y ERROR—RÉCORD Y PROCEDIMIENTOS QUE NO ESTÁN EN RÉCORD—DE-
FECTOS, OMISIONES, ENMIENDAS Y CORRECCIONES—DEFECTOS U OMISIONES EN
EL RÉCORD—MATERIAS DEFECTUOSAS EN EL MISMO—CERTIFICACIÓN DE AQUE-
LLAS.—Cuando el apelante procede de buena fe, si sobre las cuestiones le-
vantadas como motivos de desestimación existe en los autos lo suficiente que
permita a aquél certificar materias defectuosas o demostrar que el Supremo
tiene jurisdicción, este tribunal generalmente no desestimará y dará una
oportunidad para que se certifiquen las materias defectuosas.

MOCIÓN sobre desestimación de apelación presentada por el apelado.
*Sin lugar.*

R. V. Pérez Marchand, abogado del apelante; R. Arjona Siaca, abo-
gado del apelado.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tri-
bunal.

Se trata de una moción para desestimar la apelación in-
terpuesta en este caso (1) porque no hay certificación al-
guna del escrito de apelación, (2) porque la certificación
del secretario de la corte de distrito al enviar la trans-
cripción no demuestra que certificara el legajo de la sen-
tencia, y porque el caso apelado no fué suficientemente
identificado, haciéndose referencia meramente a su número,
o sea, al No. 323.

Sobre estas cuestiones existe lo suficiente en los autos
que permita al apelante certificar materias defectuosas o
demostrar que esta corte en realidad tenía jurisdicción por
haberse hecho la debida notificación y por haberse apelado.
La corte hará esto generalmente cuando la parte procede
de buena fe.

Sin embargo, los autos demuestran más particularmente
que el apelado fué en realidad notificado de la apelación,
ya que él admite que se le hizo tal notificación. Para es-
tar seguro de ello, el apelante debe presentar a esta corte
un certificado del escrito de apelación.

Por otra parte, los autos claramente demuestran que fué en el caso No. 323 que el apelante intervino ante la Corte de Distrito de Ponce; que el secretario está elevando los documentos que forman el legajo de la sentencia sin nombrarlos específicamente. *Certum est quod certum reddi potest.*

*La moción debe ser declarada sin lugar* y permitirse al apelante que eleve a esta corte una copia certificada del escrito de apelación original.